JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MODY AWAD FARAG ABDELMALAK,

              Petitioner,

   v.

ERNESTO SANTACRUZ JR., et al.,

              Respondents.

Case No. 5:26-cv-01752-MAA

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed April 17, 2026 (ECF No. 9) and the Notice of Compliance filed April 20, 2026 (ECF No. 10),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  May 4, 2026



_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE